DALE R. SAN MARCO et al., Appellants, v VILLAGE/TOWN OF MOUNT KISCO, Respondent.

Submitted March 22, 2010; decided March 25, 2010

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.